UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                        Case No.  02-cr-153-12-13-14-15-SM

Corey Fleischer, Joyce Goodlin,
Rita Kajoyan, Deborah Wasserman

## O R D E R

Defendant Goodlin's motion to continue the final pretrial conference and trial is granted (document 332).  Trial has been rescheduled for the September 2007 trial period.  Defendant Goodlin shall file a waiver of speedy trial rights not later than February 6, 2007.  Upon filing of such waiver, her continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  August  24, 2007 at 3:00 p.m.

**Jury Selection**:  September 5, 2007  at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

January 29, 2007

cc: Paul Maggiotto, Esq.
    David Vicinanzo, Esq.
    Michael Sheehan, Esq.
    Andrew Schulman, Esq.
    Don Feith, AUSA
    US Probation
    US Marshal