UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

           v.                    Case No.  02-cr-153-13-15-SM

<u>Joyce Goodlin and</u>
<u>Deborah Wasserman</u>

O R D E R

Defendant Wasserman's motion to continue the final pretrial conference and trial is granted (document 359).  Trial has been rescheduled for the February 2008 trial period.  Defendant Wasserman shall file a waiver of speedy trial rights not later than February 2008.  Upon filing of such waiver, her continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** January 25, 2008 at 2:00 p.m.

**Jury Selection**: February 5, 2008 at 9:30 a.m.

SO ORDERED.

*[signature]*
Steven J. McAuliffe
Chief Judge

October 3, 2007

cc: Paul Maggiotto, Esq.
David Vicinanzo, Esq.
Michael Sheehan, Esq.
Andrew Schulman, Esq.
Don Feith, AUSA
US Probation
US Marshal